AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| MANISH PATEL | ) | Case No.   8:17-MJ-29 (GLF) |
| | ) | |
| Defendant | ) | |

**FILED**
JAN 22 2017
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Plattsburgh

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 20, 2017 in the county of Franklin in the Northern District of New York the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325(a)(2) | Improper entry by alien, in violation of 8 U.S.C. § 1325(a)(2) |

This criminal complaint is based on these facts:
On or about January 19, 2017, Manish PATEL, an alien and citizen of India, did knowingly and unlawfully elude examination and inspection by immigration officers of the United States as he entered the United States from Canada.

☒ Continued on the attached sheet.

*Complainant's signature*
Christopher Jankins, U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  January 22, 2017

*Judge's signature*

City and State:   Plattsburgh, New York      Hon. Gary L. Favro, U.S. Magistrate Judge
*Printed name and title*

**Continuation Sheet—*United States v. Manish Patel***

At approximately 1:15 a.m. on January 20, 2017, United States Border Patrol ("USBP") agents stopped a 2012 Toyota Sienna, Quebec license plate number Y77 BAX, traveling west on State Route 11B in Bangor, New York, which is in Franklin County. The agents questioned the driver, subsequently identified as Naguleswaran BALASUBRAMANIAM, and passenger, subsequently identified as Manish PATEL, as to their citizenship. PATEL, who stated that he was a citizen of India, falsely identified himself as "Sunny RAMSAIT," presented an Indian passport in that name, and stated that he was in the United States as a computer worker under a H1 visa. Record checks revealed, however, that the United States visa issued to "Sunny RAMSAIT" had expired in December 2016.

BALASUBRAMANIAM and PATEL were taken into custody and transported to the USBP station in Burke, New York. After being advised of and waiving his *Miranda* rights, PATEL admitted that his name is Manish PATEL, not "Sunny RAMSAIT," and that he is a citizen of India. PATEL also admitted that the Indian passport he presented to agents is fraudulent, and that he used it to enter Canada from India in October 2016. PATEL admitted further that he entered the United States from Canada illegally, and that he paid smugglers to transport him in both Canada and the United States. More specifically, PATEL explained that an unnamed person transported him from Montreal, Quebec, Canada, to the area of Cornwall, Ontario, Canada on January 19, 2017. He was then transported, via snowmobile, across the St. Lawrence River, and taken to the Econo Lodge in Malone, New York. He arrived at the Econo Lode at approximately 5:30 p.m., and was subsequently picked up by BALASUBRAMANIAM, who he agreed to pay $1,200 to drive him to Albany, New York.

PATEL'S fingerprints were entered into the Federated Person Query System, FPQS2, and a biometric search initiated. Through that search, it was determined that PATEL is a citizen of India, and was previously a lawful permanent resident of the United States; his lawful permanent resident status was, however, subsequently revoked. The record checks further revealed that PATEL is charged with first-degree intentional homicide of an unborn child in Wisconsin, and that there is an outstanding warrant for his arrest in connection with that charge.